1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TIMOTHY O'KEEFE,

11             Plaintiff,                    No. CIV S-08-1421 FCD EFB P

12        vs.

13   ARNOLD SCHWARZENEGGER,
     et al.,
14
               Defendants.                   ORDER
15
                                    /
16

17        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

18   *See* 42 U.S.C. § 1983.  He has requested that the court appoint counsel.   District courts lack

19   authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v.*

20   *United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court

21   may request counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v.*

22   *Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36

23   (9th Cir. 1990).  The court finds that there are no exceptional circumstances in this case.

24   /////

25   /////

26   /////

                                       1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's June 20, 2008, request for

2    appointment of counsel is denied.

3    DATED:  July 7, 2008.

4
     _____
     EDMUND F. BRENNAN
5    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26