# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY O'KEEFE,

    Plaintiff,

vs.

ARNOLD SCHWARZENEGGER, *et al.*,

    Defendants.

Case No. 2:08-cv-01421-PMP-GWF

**ORDER VACATING PRIOR SCHEDULING ORDER** (Dkt. #19)

This matter is before the Court on the Plaintiff's Request for Clarification in Regards to Scheduling Order of March 12, 2009 (Dkt. #19), filed on March 24, 2009.

To date, the Court has not screened Plaintiff's Complaint as required by 28 U.S.C. § 1915A(a) when a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. Accordingly,

**IT IS HEREBY ORDERED** that this Order vacates the prior Scheduling Order (Dkt. #19).

DATED this 7th day of April, 2009.

                                                                  **GEORGE FOLEY, JR.**
                                                                  **UNITED STATES MAGISTRATE JUDGE**