# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE, | |
| Plaintiff, | Case No. 2:08-cv-01421-PMP-GWF |
| vs. | **ORDER** |
| ARNOLD SCHWARZENEGGER, *et al.*, | Motion for Appointment of Counsel (Dkt. #22) |
| Defendants. | |

This matter is before the Court on the Plaintiff's Motion for Appointment of Counsel (Dkt. #22), filed on April 6, 2009.

Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations under 42 U.S.C. § 1983. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the Court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The Court finds that Plaintiff has failed to demonstrate that there are exceptional circumstances in this case and will deny Plaintiff's motion. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of Counsel (Dkt. #22) is **DENIED**.

DATED this 29th day of April, 2009.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**