UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| TIMOTHY O'KEEFE, | 2:08-CV-01421-PMP-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

**IT IS ORDERED that** Plaintiff Timothy O'Keefe's Motion for a Preliminary and Permanent Injunction Prohibiting Defendants from Placing the Plaintiff in a Two Man Cell (Doc. #18), filed March 10, 2009, is DENIED.

DATED: May 27, 2009.

_____
PHILIP M. PRO
United States District Judge