# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY O'KEEFE,)
)
                Plaintiff,)    Case No. 2:08-cv-01421-PMP-GWF
)
vs.)    **<u>FINDINGS AND</u>**
)    **<u>RECOMMENDATION</u>**
ARNOLD SCHWARZENEGGER, *et al*.,)
)
                Defendants.)
)

On May 1, 2009, the Court issued an Order that granted Plaintiff's application to proceed *in forma pauperis*. (Dkt. #24). However, the Court dismissed Plaintiff's Complaint for failure to state a claim upon which relief can be granted, with leave to amend the complaint. (*Id.*) Furthermore, the Court directed Plaintiff to file his amended complaint by June 1, 2009 and notified Plaintiff that failure to amend his complaint within the established time would result in a recommendation that this action be dismissed with prejudice. (*Id.*) To date, Plaintiff has failed to file his amended complaint within the allotted time period, and the time allowed has expired. Accordingly,

**IT IS HEREBY RECOMMENDED** that Plaintiff's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (Dkt. #1) should be **DISMISSED with prejudice** based on Plaintiff's failure to state a claim upon which relief may be granted.

## **<u>NOTICE</u>**

These Findings and Recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty (20) days after being served with these Findings and Recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and

. . .

1  Recommendations." Plaintiff is advised that failure to file objections within the specified time may
2  waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
3  DATED this 14th day of July, 2008.

```
                                        _____
                                        GEORGE FOLEY, JR.
                                        UNITED STATES MAGISTRATE JUDGE
```